**A.A.A. PROCESS SERVICE, INC.**
P.O. Box 21788
St. Louis, MO 63109-0788
Phone: (314) 351-7979
Fax: (314) 752-5785
Tax I.D 43-1925560

## INVOICE

Invoice #2010000279
5/18/2010



PLAINTIFF'S EXHIBIT 3

James Schottel
SCHOTTEL & ASSOCIATES
906 Olive Street
St.Louis, MO 63101

Your Contact: Jim
**Case Number: ST.LOUIS 4:10-CV-425 RWS**

Plaintiff:
**KEVIN COSTELLO**

Defendant:
**ADAM FEAMAN,ET AL.**

Served: 5/17/2010 3:23 pm
To be served on: ADAM FEAMAN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SERVICE FEE (LOCAL) | 1.00 | 50.00 | 50.00 |
| NON-EST FEE (LOCAL) | 4.00 | 25.00 | 100.00 |
| HOURLY INVESTIGATION RATE P/P | 1.00 | 75.00 | 75.00 |
| **TOTAL CHARGED:** | | | $225.00 |
| **BALANCE DUE:** | | | $225.00 |

THANK YOU FOR YOUR BUSINESS !!!

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT.

PAYMENT IS DUE UPON RECEIPT.
A $ 15.00 LATE FEE,PER MONTH WILL BE ADDED TO ALL INVOICES PAST DUE OVER 30 DAYS.

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3m