**A.A.A. PROCESS SERVICE, INC.**
P.O. Box 21788
St. Louis, MO 63109-0788
Phone: (314) 351-7979
Fax: (314) 752-5785
Tax I.D 43-1925560

# INVOICE

Invoice #2010000278
5/3/2010



<div style="border: 1px solid red; display: inline-block;">

PLAINTIFF'S EXHIBIT 4

</div>

James Schottel
SCHOTTEL & ASSOCIATES
906 Olive Street
St.Louis, MO 63101

Your Contact: Jim
**Case Number: ST.LOUIS 4:10-CV-425 RWS**

Plaintiff:
**KEVIN COSTELLO**

Defendant:
**ADAM FEAMAN,ET AL.**

Served: 5/3/2010 5:51 pm
To be served on: ERIC BARTLETT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| SERVICE FEE (LOCAL) | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $50.00 |

**BALANCE DUE:** **$50.00**

THANK YOU FOR YOUR BUSINESS !!!

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT.

PAYMENT IS DUE UPON RECEIPT.
A $ 15.00 LATE FEE,PER MONTH WILL BE ADDED TO ALL INVOICES PAST DUE OVER 30 DAYS.

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3m